THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TRACY J., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [23] REPORT AND RECOMMENDATION** <br><br> Case No. 2:21-cv-249-DBB-JCB <br><br> District Judge David Barlow <br><br> Magistrate Judge Jared C. Bennett |

On April 22, 2021, Plaintiff filed a complaint seeking review of the Commissioner of Social Security's denial of disability benefits.[1] On May 20, 2022, Magistrate Judge Jared C. Bennett issued a Report and Recommendation recommending that the district judge affirm the Commissioner's decision.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service.[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the court adopts the Report and Recommendation.

---

[1] *See* Complaint at ¶¶ 1–4, ECF No. 2, filed April 22, 2021.
[2] Report and Recommendation at 14, ECF No. 23, filed May 20, 2022.
[3] *Id.*

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. The Commissioner's decision is AFFIRMED.

Signed June 9, 2022.

BY THE COURT

_____
David Barlow
United States District Judge